UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-23402-CIV-MORENO**

MARIA LUISA BARRIOS,

      Plaintiff,

vs.

Commissioner of Social Security,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Maria L. Barrios' Motion for Attorney's Fees, filed on **June 14, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 37)** on **October 29, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that Plaintiff Maria L. Barrios' Motion for Attorney's Fees is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___1st___ of ~~February~~ March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record