UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-23402-CIV-MORENO**

MARIA LUISA BARRIOS,

        Plaintiff,

v.

MARTIN O'MALLEY,
*Commissioner of Social Security*,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Attorney's Fees **(D.E. 24)**, filed on **September 11, 2023**. The Magistrate Judge filed a Report and Recommendation **(D.E. 48)** on **April 26, 2024**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that Plaintiff's Unopposed Motion for Attorney's Fees under 42 U.S.C. § 406(b) is GRANTED, and Plaintiff's counsel shall be AWARDED fees in the sum of $34,623.10 pursuant to 42 U.S.C. § 406(b)(1).

DONE AND ORDERED in Chambers at Miami, Florida, this 23 of May 2024.

                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record